In the Matter of CAMARI L. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; THERESA M., Appellant. [27 NYS3d 395]—

Appeal from an order of disposition of the Family Court, Kings County (Daniel Turbow, J.), dated March 13, 2015. The order, insofar as appealed from, after a dispositional hearing, placed the subject child in the custody of the Commissioner of Social Services of Kings County until the completion of the next permanency hearing.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

The appeal, which is from so much of an order of disposition as placed the child in the custody of the Commissioner of Social Services of Kings County until the completion of the next permanency hearing, must be dismissed as academic, as the next permanency hearing has been completed (*see Matter of Adriel R. [David P.]*, 117 AD3d 744, 745 [2014]; *Matter of Ifeiye O.*, 53 AD3d 501, 501-502 [2008]; *Matter of Jason Brian B.*, 33 AD3d 995 [2006]). Balkin, J.P., Sgroi, Duffy and Connolly, JJ., concur.